

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2019

No. 04-18-00252-CR

Benjamin **ESCOBEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4634
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

On December 27, 2018, this court issued its opinion in this appeal. Appellant did not file a motion for reconsideration or rehearing en banc. On May 8, 2019, the court of criminal appeals refused appellant's pro se petition for discretionary review. On June 6, 2019, appellant filed a motion to amend the judgment, which this court denied on June 14, 2019. The mandate issued on June 17, 2019.

On July 9, 2019, appellant filed a motion for en banc reconsideration of his motion to amend the judgment. Because the mandate in this cause has issued, we lack jurisdiction to consider appellant's motion. *See* TEX. R. APP. P. 19.3. Accordingly, appellant's motion is DISMISSED for lack of jurisdiction.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court